```
                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO

ROBERT MAJOR,                    )    CASE NO. 4:08 CV 1934
                                 )
        Petitioner,              )    JUDGE SOLOMON OLIVER, JR.
                                 )
     v.                          )
                                 )    JUDGMENT ENTRY
WARDEN GUNJA,                    )
                                 )
        Respondent.              )
```

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE